JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ISA AGAEV<br>Petitioner,<br>v.<br>TODD BLANCHE et al.,<br>Respondents. | Case No. 5:26-cv-04073-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part Petition for Writ of Habeas Corpus filed on August 5, 2026.

Date: August 11, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge